IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RAYMUNDO GOMEZ AND JESUS ESPINOSA<br><br>    Plaintiff,<br><br>v.<br><br>ADAMS TILE & TERRAZZO, INC., a Georgia Corporation, REUBEN ADAMS, an individual and SCOTT ADAMS, an individual,<br><br>    Defendants. | CIVIL ACTION FILE NO. 3:15-cv-00121-CDL |

## STIPULATION OF DISMISSAL WITH PREJUDICE  BY RAYMUNDO ABREU GOMEZ, JESUS ESPINOSA AND ADAMS TILE & TERRAZZO, INC., ASHLEY REUBEN ADAMS, AND SCOTT ADAMS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action.  Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 23rd day of November, 2016.

*<<<Signatures on Following Page>>>*

                                                s/ Brent D. Wasser
                                                Douglas H. Duerr
                                                Georgia Bar No. 231772
                                                Brent D. Wasser
                                                Georgia Bar No. 371372

**ELARBEE, THOMPSON, SAPP & WILSON, LLP**

229 Peachtree Street, N.E.
800 International Tower
Atlanta, GA 30303
(404) 659-6700
(404) 222-9718 (Facsimile)
duerr@elarbeethompson.com
wasser@elarbeethompson.com
*Attorneys for Defendants*

                                                s/ Thomas F. Martin
                                                Thomas F. Martin
                                                Georgia Bar No. 482595
                                                Kimberly N. Martin
                                                Georgia Bar No. 473410

**MARTIN & MARTIN, LLP**

Post Office Box 1070
Tucker, Georgia 30085-1070
770-344-7267
Email: tfmartinlaw@msn.com
kimberlymartinlaw@gmail.com
*Attorney for Plaintiffs*